IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL STOUT,

    Plaintiff,

  v.

CITY OF ANTIOCH, et al.,

    Defendants.

                                /

No. 09-03556 CW

ORDER OF DISMISSAL

    A Case Management Conference was held in the above-captioned case on December 22, 2009.  No appearance was made by or on behalf of Plaintiff.  Accordingly,

    IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice for failure to prosecute.

Dated  12/23/09

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

Stout,

        Plaintiff,

  v.

City of Antioch, et al,

        Defendant.

Case Number: CV09-03556 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Stout
3828 Kildeer Dr.
Antioch, CA 94509

Dated: December 23, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2